UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RICHARD VERDIRAMO, VINCENT L. VERDIRAMO, ESQ., EDWARD MEYER, JR., and VICTORIA CHEN,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/12

Case No. 10-CIV-1888 (RMB)

## [PROPOSED] JUDGMENT

The Court, having accepted in its entirety the Report and Recommendation issued by United States Magistrate Judge Andrew J. Peck on November 10, 2011, orders as follows:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Victoria Chen is liable for disgorgement of $40,284, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $16,453. Defendant Chen shall satisfy this obligation by paying $56,737 within 14 days after entry of this Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Victoria Chen as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment. Defendant Chen

shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Vincent L. Verdiramo is liable for disgorgement of $42,938, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $15,827. Defendant Vincent L. Verdiramo shall satisfy this obligation by paying $58,765 within 14 days after entry of this Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Vincent L. Verdiramo as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment. Defendant Vincent L. Verdiramo shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Richard Verdiramo is liable, jointly and severally, for disgorgement in the amount of $307,769, representing profits gained by co-defendants Vincent L. Verdiramo, Edward Meyer, Jr. and Victoria Chen as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $120,356. Defendant Richard Verdiramo shall satisfy this obligation by paying $428,125 within 14 days after entry of this Judgment by certified check,

bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Richard Verdiramo as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment. Defendant Richard Verdiramo shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court ~~shall~~ *may* retain jurisdiction of this matter for all purposes, including the implementation and enforcement of this Judgment.

Dated: __1/17__, 2012

_____RMB_____
UNITED STATES DISTRICT JUDGE